IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG MOSS, | : | |
|     Petitioner | : | |
| | : | No. 1:18-cv-00078 |
| v. | : | |
| | : | (Judge Rambo) |
| DISTRICT ATTORNEY OF | : | |
| YORK COUNTY, et al., | : | |
|     Respondents | : | |

# ORDER

**AND NOW**, this 25th day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Craig Moss' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED without prejudice** in light of the fact that Petitioner has failed to exhaust his state court remedies and because abstention is proper pursuant to the Younger doctrine; and

2. The Clerk of Court is directed to **CLOSE** this matter.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge